**Jerald Lee HINES, Petitioner–
Appellant,**

v.

**R.T. LUNA, Warden, Respondent–
Appellee.**

**No. 07–50436**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 21, 2007.

Jerald Lee Hines, Bastrop, TX, pro se.

Before REAVLEY, SMITH, and
BARKSDALE, Circuit Judges.

PER CURIAM: *

Jerald Hines, federal prisoner # 48922–
080, was convicted of being a felon in
possession of a firearm. He filed a 28
U.S.C. § 2241 petition challenging the sen-
tence credit he was given for time served
in state prison and the validity of his guilty
plea and conviction. The district court
rejected Hines's sentence-credit argument,
and it found that his remaining claims
were not cognizable under § 2241 and
should have been brought under 28 U.S.C.
§ 2255.

Hines has abandoned his sentence-credit
argument by failing to renew it on appeal.
*See Yohey v. Collins,* 985 F.2d 222, 225
(5th Cir.1993). He has not shown that the
district court erred in determining that his
claims challenging his guilty plea and con-
viction were best construed as § 2255
claims. *See Tolliver v. Dobre,* 211 F.3d

876, 877 (5th Cir.2000); *Cox v. Warden,
Fed. Detention Ctr.,* 911 F.2d 1111, 1113
(5th Cir.1990). Hines likewise has not
shown that he should be permitted to pro-
ceed under the savings clause of § 2255.
*See Reyes–Requena v. United States,* 243
F.3d 893, 904, 906 n. 34 (5th Cir.2001).
The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.